UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

## AFFIDAVIT OF PLAINTIFF

The Plaintiff, having been first duly sworn upon his/her oath, hereby states the following:

1. I am an adult individual and competent to testify in this matter.
2. I have personal knowledge of the matters contained in this affidavit.
3. I am a consumer.
4. I incurred a debt primarily for personal, family, or household purposes.
5. Upon information and belief, the Defendant is a debt collection agency.
6. The Defendant attempted to collect a debt from me.
7. I have received numerous messages from the Defendant.
8. These messages consist of the following language: "Please call Complete Payment Recovery Services at 866-324-3120. Again, please call Complete Payment Recovery Services at 866-324-3120. Thank you for returning our call.

I affirm under penalty of perjury that the foregoing representations are true and correct.

*Carrie Lester*
Carrie Lester